UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-590-FDW
3:08-cr-163-FDW-1

| | |
|---|---|
| ANTHONY R. PORTER, | ) |
| Petitioner, | ) |
| vs. | ) |
| | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on Petitioner's *pro se* Motion of Course for Court to Enter Judgment Deductible by Due Process Rights, (Doc. No. 6), in which he asks the Court to rule on his post-conviction petition, (Doc. No. 1). The Court has construed the post-conviction petition as a § 2255 Motion to Vacate and has entered an Order dismissing and denying it, (Doc. No. 4). Therefore, the instant Motion seeking a ruling is denied as moot.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion of Course for Court to Enter Judgment Deductible by Due Process Rights, (Doc. No. 6), is **DENIED** as moot.

Signed: June 14, 2018

Frank D. Whitney
Chief United States District Judge

1